# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Kevin Boyer Hause,

    Plaintiff,

v.

Nancy A. Berryhill,
Acting Commissioner of
Social Security,

    Defendant.

No. 18-cv-00941

(Judge Mariani)

## ORDER

AND NOW, this 25th day of February, 2019, for the reasons cited in the foregoing memorandum, **it is hereby ordered and decreed as follows:**

1. The Acting Commissioner's Motion to Dismiss (Doc. 9) is hereby denied;

2. The Acting Commissioner is directed to file an answer to Plaintiff's complaint along with the transcript of the entire record of proceedings in this case within thirty (30) days of the date of this Order; and

3. The parties are further directed to comply with the briefing schedule set forth in §§ 4, 5, and 6 of the Standing Practice Order (Doc. 5) in this case.

By the Court:

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge