UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN B. HAUSE,

    Plaintiff,

    v.

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

:Civil Action No. 3:18-CV-0941
:
:(JUDGE MARIANI)
:(Magistrate Judge Carlson)

## ORDER

AND NOW, THIS 25th DAY OF OCTOBER 2019, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 31) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 31) is **ADOPTED** for the reasons set forth therein;

2. The Commissioner of Social Security's decision is **VACATED**;

3. The case is **REMANDED** to the Commissioner to conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3);

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge