THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN B. HAUSE, | : |
| | : Civil Action No. 3:18-CV-0941 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : |
| v. | : |
| | : |
| ANDREW SAUL, | : |
| Commissioner of Social Security,[1] | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 23rd DAY OF OCTOBER 2020,** upon consideration of Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act, 28-USCS § 2412 (Doc. 32) and all relevant documents, for the reasons discussed in the simultaneously filed Memorandum Opinion, **IT IS HEREY ORDERED THAT:**

1. Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act, 28-USCS § 2412" (Doc. 32) is **GRANTED AS MODIFIED**;

2. Plaintiff is awarded a total of $8511.06 in attorney fees and $153.00 in administrative fees for a **total award of $8,664.06**.

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Commissioner Andrew Saul is automatically substituted as the named defendant in place of the former Acting Commissioner of Social Security, Nancy A. Berryhill. *See* Fed. R. Civ. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party").

3. The award is payable to Plaintiff and is to be mailed to Plaintiff's counsel's office.

Robert D. Mariani
United States District Judge